UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>US Securities and Exchange Commission</u>


    v.                                                        Civil No. 10-cv-135-JM

<u>Scott D. Farah, Donald E. Dodge,</u>
<u>Financial Resources Mortgage, Inc.</u>
<u>CL and M, Inc., and</u>
<u>Center Harbor Christian Church</u>


**<u>O R D E R</u>**


The Court has been advised that Scott D. Farah, Financial Resources Mortgage, Inc., and CL & M, Inc., have filed for relief under the Bankruptcy Code. Therefore, pursuant to 11 U.S.C. § 362, the case is automatically stayed only as to the bankrupt parties and shall proceed as to the remaining parties in the case. On request of a party in interest, the Bankruptcy Court may grant relief from this stay.

It is therefore ordered that the counsel for Petitioner in Bankruptcy shall file a status report on January 1 and July 1 of each year until the issues are resolved. The Court should, of course, immediately be notified upon ultimate resolution of the issues. Failure to respond will result in the referral of the action to a judicial officer for sanctions which may include

imposition of fines.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: April 27, 2010

cc:   Deena R. Bernstein, Esq.
       Deborah Ann Notinger, Esq.